# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| **CYNTHIA MYERS,** <br> **C/O ESTATE OF JAMES SOLOMON** <br><br> **Plaintiff,** <br><br> v. <br><br> **BANK OF AMERICA NA, et al.,** <br><br> **Defendants.** | Case No. SACV 10-0003 ODW (AJW) <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the attached Report and Recommendation of Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. Good cause appearing, the Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

**IT IS SO ORDERED**.

DATED: May 10, 2011

_____
OTIS D. WRIGHT, II
United States District Judge