UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CYNTHIA MYERS,<br>C/O ESTATE OF JAMES SOLOMON<br><br>      Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA NA, et al.,<br><br>      Defendants. | Case No. SACV 10-0003 ODW(AJW)<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION OF<br>MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the attached Report and Recommendation of Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. Good cause appearing, the Court concurs with and adopts the findings and recommendations contained in the Report.

    **IT IS SO ORDERED.**

DATED: August 3, 2011

_____
      OTIS D. WRIGHT II
   United States District Judge