# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| **CYNTHIA MYERS,** **C/O ESTATE OF JAMES SOLOMON,** Plaintiff, v. **BANK OF AMERICA, N.A., et al.,** Defendants. | Case No. CV SACV 10-00003 ODW (AJW) **J U D G M E N T** |

IT IS ADJUDGED that this action is dismissed with prejudice.

August 3, 2011

_____
OTIS D. WRIGHT II
United States District Judge